**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

TERESA KOBECK                                                                    Plaintiff

v.                                                          Civil Action No. 2:09-cv-02609

WELLS FARGO BANK, N.A.,
Individually and as TRUSTEE
For OPTION ONE MORTGAGE, and
OPTION ONE MORTGAGE
CORPORATION                                                               Defendants

---

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

---

        This cause is before the Court at the joint motion of all of the parties for a dismissal with

prejudice.  The Court is advised that all of the parties have reached a mutually satisfactory

resolution of this dispute.

        **IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action be, and the same

is hereby, dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

        SO ORDERED, this the 8th day of June, 2010.

                                                        /s S. THOMAS ANDERSON
                                                        S. THOMAS ANDERSON
                                                        UNITED STATES DISTRICT JUDGE

APPROVED BY:

/s/ Gregory D. Cotton
Gregory D. Cotton (B.P.R. # 13679)
6263 Poplar Avenue, Suite 1032
Memphis, TN  38119
(901) 683-1215
cottonlaw1@aol.com
*Attorney for Teresa Kobeck*

/s/ Melody McAnally
Eric E. Hudson (B.P.R. # 22851)
Melody McAnally (B.P.R. # 25971)
BUTLER, SNOW, O'MARA, STEVENS
& CANNADA, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7200
eric.hudson@butlersnow.com
melody.mcanally@butlersnow.com
*Attorneys for Wells Fargo Bank, N.A.*

/s/ Lawrence W. Kelly
Lawrence W. Kelly (B.P.R. # 19229)
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA 30329
(678)298-8883
lwkelly@jflegal.com
*Attorney for Sand Canyon Corporation f/k/a Option One Mortgage Corp.*